# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| MARRIOTT INTERNATIONAL, INC. ) <br> *Plaintiff* ) <br> v. ) <br> DYNASTY MARKETING GROUP, LLC, et al. ) <br> *Defendant* ) | Case No. 1:21-cv-00610-AJT/JFA |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant ResortCom International, LLC .

Date: 06/08/2022

/s/ Lilias M. Gordon
*Attorney's signature*

Lilias M. Gordon (VSB No. 94767)
*Printed name and bar number*

O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
*Address*

LGordon@ohaganmeyer.com
*E-mail address*

(804) 403-7124
*Telephone number*

(804) 237-0250
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Lilias M. Gordon*
Lilias M. Gordon (VSB No. 94767)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
T: (804) 403-7124
F: (804) 237-0250
LGordon@ohaganmeyer.com

*Counsel for Defendant*
*ResortCom International, LLC*