IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARRIETT INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DYNASTY MARKETING GROUP, LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-cv-00610-AJT/JFA |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS FILED BY DEFENDANTS RESORTCOM INTERNATIONAL, INC., WHISL TELECOM, LLC, AND RAPID EAGLE INC., D/B/A VoIP ESSENTIAL**

Plaintiff Marriott International, Inc. ("Marriott"), by counsel, moves pursuant to Local Rule 7(F)(1) for leave to file a Supplemental Memorandum in opposition to Defendant ResortCom International, LLC, Whisl Telecom, LLC, and Rapid Eagle Inc., d/b/a VoIP Essential's Motions to Dismiss for Failure to State a Claim. Dkt. Nos. 56, 65. The grounds for this Motion are more fully articulated in the Memorandum in Support of this Motion, filed contemporaneously herewith.

Dated:  August 16, 2022

MARRIOTT INTERNATIONAL, INC.
By counsel

/s/ Attison L. Barnes, III
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice*)
Kevin G. Rupy (for *pro hac vice*)
Duane C. Pozza (for *pro hac vice*)
Stacey J. LaRiviere (VA Bar No. 92354)
WILEY REIN LLP

2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
abarnes@wiley.law
dweslow@wiley.law
krupy@wiley.law
dpozza@wiley.law
slariviere@wiley.law

*Counsel for Plaintiff*
*Marriott International, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 16th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record and mailed first class, postage prepaid, to all remaining parties as follows:

Oficinas Parrott Caribbean S.A. de C.V.
MONTECITO 38 PISO 33 OFICINA21
Napoles Benito Juárez 3810

Deep Blue Desarrollos S de R.L. de C.V.
d/b/a Vallarta Gardens Private Beach Club &
Spa Private Residence Club
Paseo Diaz Ordaz No. 530, Centro, Puerto Vallarta

Club Caribe Villa Del Palmar S.A. de C.V.
Xcaret, Manzana 2, Lote 5, Local 20,
Supermanzana 35, Benito Juárez, Quintana Roo

Cancun Ink Corp. S.A. de C.V.
ROSAS NO22 MZA. 24 SM. 22, Cancun Centro 77500 Benito Juarez, Quintana Roo

Phillip S. Griffin, II
Phillip S. Griffin II, P.C.
102 South Kent Street
Winchester, Virginia 22601
Tel: (540) 667-4647
psgpg@griffinlaw.info

*Counsel for Defendant*
*Dynasty Marketing Group LLC*

            /s/ *Attison L. Barnes, III*
            Attison L. Barnes, III (VA Bar No. 30458)
            Wiley Rein LLP
            2050 M St. NW
            Washington, DC 20036
            Tel: (202) 719-7000
            abarnes@wiley.law

            *Counsel for Plaintiff Marriott International, Inc.*