IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARRIOTT INTERNATIONAL, INC., <br><br>      Plaintiff, <br><br> v. <br><br> DYNASTY MARKETING GROUP, LLC, *et al.*, <br><br>      Defendants. | Civil Action No. 1:21-cv-00610-AJT/JFA |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER**

Plaintiff Marriott International, Inc. ("Marriott") and Defendant Rapid Eagle, Inc. d/b/a VoIP Essential ("VoIP Essential") (collectively, "Parties"), by counsel, hereby jointly move this Court to enter a Consent Order pursuant to a stipulation reached by the Parties.

1. Marriott filed its First Amended Complaint on May 17, 2022, naming, *inter alia*, Defendant VoIP Essential. *See* Dkt. No. 22.

2. Based on good faith negotiations, the Parties have agreed to the terms of the proposed Consent Order attached hereto as Exhibit A, for entry by the Court.

3. Upon entry of the proposed Order, all pending claims asserted against VoIP Essential in this action will be dismissed with prejudice.

WHEREFORE, Plaintiff Marriott and Defendant VoIP Essential respectfully request that this Court grant the Joint Motion for Entry of Consent Order.

Dated: October 5, 2022          MARRIOTT INTERNATIONAL, INC.

By counsel

   /s/ Attison L. Barnes, III
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice*)
Kevin G. Rupy (for *pro hac vice*)
Duane C. Pozza (for *pro hac vice*)
Stacey J. LaRiviere (VA Bar No. 92354)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
abarnes@wiley.law
dweslow@wiley.law
krupy@wiley.law
dpozza@wiley.law
slariviere@wiley.law

*Counsel for Plaintiff*


RAPID EAGLE, INC. d/b/a VoIP ESSENTIAL
By counsel

   /s/ Joseph P. Bowser
Joseph P. Bowser (VA Bar No. 88399)
ROTH JACKSON
1519 Summit Ave., Suite 102
Richmond, VA 23230
Tel: (804) 441-8701
jbowser@rothjackson.com

*Counsel for Defendant*
*Rapid Eagle, Inc. d/b/a VoIP Essential*