IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARRIOTT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DYNASTY MARKETING GROUP LLC, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00610-AJT/JFA |

**PLAINTIFF'S THIRD MOTION TO COMPEL DISCOVERY
FROM DEFENDANT DYNASTY MARKETING GROUP LLC AND FOR SANCTIONS**

Plaintiff Marriott International, Inc. ("Marriott"), by counsel and pursuant to Fed. R. Civ. P. 37 and the Local Rules of this Court, files this Third Motion to Compel: (1) full and complete answers to interrogatories and document requests propounded on Defendant Dynasty Marketing Group LLC ("DVC"); and (2) production of documents responsive to Marriott's discovery requests. Marriott also seeks sanctions for DVC's continued failure to comply with the Court's directions. The grounds for this Motion are more fully articulated in the Memorandum in Support of this Motion, filed contemporaneously herewith.

Dated: November 4, 2022

MARRIOTT INTERNATIONAL, INC.
By counsel

/s/ Attison L. Barnes, III
Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (for *pro hac vice*)
Kevin G. Rupy (for *pro hac vice*)
Duane C. Pozza (for *pro hac vice*)
Stacey J. LaRiviere (VA Bar No. 92354)

WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
abarnes@wiley.law
dweslow@wiley.law
krupy@wiley.law
dpozza@wiley.law
slariviere@wiley.law

*Counsel for Plaintiff
Marriott International, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record and mailed first class, postage prepaid, to all remaining parties as follows:

| | |
|---|---|
| Oficinas Parrot Caribbean S.A. de C.V.<br>MONTECITO 38 PISO 33 OFICINA21<br>Napoles Benito Juárez 3810 | Deep Blue Desarrollos S. de R.L. de C.V.<br>d/b/a Vallarta Gardens Private Beach Club &<br>Spa Private Residence Club<br>Paseo Diaz Ordaz No. 530, Centro, Puerto Vallarta |
| Club Caribe Villa Del Palmar S.A. de C.V.<br>Xcaret, Manzana 2, Lote 5, Local 20,<br>Supermanzana 35, Benito Juárez, Quintana Roo | Cancun Ink Corp. S.A. de C.V.<br>ROSAS NO22 MZA. 24 SM. 22, Cancun<br>Centro 77500 Benito Juarez, Quintana Roo |

/s/ Attison L. Barnes, III
Attison L. Barnes, III (VA Bar No. 30458)
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
Tel: (202) 719-7000
abarnes@wiley.law

*Counsel for Plaintiff Marriott International, Inc.*