IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARRIETT INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:21-cv-00610 (AJT/JFA) |
| ) | |
| DYNASTY MARKETING GROUP LLC *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 195] of the Magistrate Judge recommending that following Plaintiff's Third Motion to Compel Discovery from Dynasty Marketing Group LLC ("DMG") and for Sanctions [Doc. No. 151], and in light of repeated discovery failures, pursuant to Federal Rules of Civil Procedure 37(b)(2) and 55(a), default judgment on the issue of liability be entered against DMG. No objection to the Report and Recommendation has been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. No. 195] be, and the same hereby is, ADOPTED; and it is further

**ORDERED** that the Clerk is DIRECTED to enter judgment as to liability in favor of Plaintiff Marriott International, Inc. and against Defendant Dynasty Marketing Group LLC pursuant to Fed. R. Civ. P. 58 in accordance with this Order; and it is further

**ORDERED** that Plaintiff's Motion [Doc. No. 151] be, and the same hereby is, otherwise denied as moot.

The Clerk is directed to forward copies of this Order to all counsel of record, mail a copy to Dynasty Marketing Group, LLC, Bruno Borra, 1912 Ham Brown Road, Kissimmee, FL 34746, and email a copy to bruno@dynastymarketinggroup.com.

Alexandria, Virginia
December 28, 2022

Anthony J. Trenga
Senior U.S. District Judge