IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARRIOTT INTERNATIONAL, INC.,           )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )           Civ. No. 1:21-cv-00610 (AJT/JFA)
                                        )
DYNASTY MARKETING GROUP LLC *et al.*,   )
                                        )
            Defendants.                 )
                                        )

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation [Doc. No. 218] of the Magistrate Judge recommending that, in light of default judgment on the issue of liability having already been entered against Dynasty Marketing Group LLC ("DMG") [Doc. Nos. 195, 209-210] and following Marriott International, Inc.'s ("Marriott") Motion for Summary Judgment [Doc. No. 201], judgment be entered in favor of Plaintiff Marriott and against Defendant DMG in the amount of $500,000. No objection to the Report and Recommendation has been filed.  The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge.  Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. No. 218] be, and the same hereby is, ADOPTED; and it is further

**ORDERED** that Marriott's Motion, [Doc. No. 201], be, and hereby is, GRANTED IN PART consistent with the Report and Recommendation [Doc. No. 218]; and it is further

**ORDERED** that the Clerk is DIRECTED to enter judgment in favor of Plaintiff Marriott International, Inc. and against Defendant Dynasty Marketing Group LLC in the amount of $500,000 pursuant to Fed. R. Civ. P. 58 in accordance with this Order.

1

The Clerk is directed to forward copies of this Order to all counsel of record, mail a copy to Dynasty Marketing Group, LLC, Bruno Borra, 1912 Ham Brown Road, Kissimmee, FL 34746, and email a copy to bruno@dynastymarketinggroup.com.

Alexandria, Virginia
February 24, 2023

Anthony J. Trenga
Senior U.S. District Judge